UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EON SHEPHERD,

                        Plaintiff,

     v.

SUPERINTENDENT W. KEYSER, *et al.*,

                        Defendants.

No. 21-CV-2363 (KMK)

*VALENTIN* ORDER

KENNETH M. KARAS, United States District Judge:

     Plaintiff, who is currently incarcerated at Green Haven Correctional Facility, brings this pro se action under 42 U.S.C. § 1983, alleging that Defendants Superintendent W. Keyser, Captain Maxwell, OSI S. Keyser, Director of SHU Venettozi, Deputy Superintendent J. Krom, DSS Sipple, Sgt. Terwillinger, FHSD Wolff, N.A. Hinton, and C.O. Rosenberg (together, "Defendants") violated his constitutional rights when he was incarcerated at Sullivan Correctional Facility. (Compl. (Dkt. No. 2).) On December 9, 2021, the Court directed, inter alia, that the Clerk of Court issue summonses as to all Defendants. (*See* Order of Service 4 (Dkt. No. 11).) The Clerk of Court issued those summonses the next day. (*See* Dkt. Nos. 12–21.)

     Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying an unidentified defendant. 121 F.3d 72, 76 (2d Cir. 1997). Because Defendants are alleged to be employees of the New York State Department of Corrections and Community Supervision ("DOCCS"), the Court directs the Attorney General of the State of New York (the "Attorney General"), who is the attorney for and agent of DOCCS, to provide an address (or

addresses) where Defendants may be served.[1]  The Attorney General must provide this information to Plaintiff and the Court within 14 days of the date of this order.

In addition, the Clerk of Court is respectfully directed to mail a copy of this Order and the complaint to the Attorney General at: 28 Liberty Street, New York, New York 10005.  The Clerk of Court is additionally instructed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   November 1, 2023
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge

---

[1] If Defendants are former DOCCS employees or officials, the Attorney General must provide residential addresses where Defendants may be served.