In light of the earlier representation that Defendant Hinton was served and requested representation from OAG but had not yet completed the representation process, (*see* Dkt. No. 97), counsel for Defendants is directed to respond to this request by April 29, 2026.

So Ordered.

4/22/2026

Eon Shepherd #96-A-0356

Green Haven Correctional Facility

594 Route 216, PO Box 4000

Stormville, NY 12582

January 8, 2026



RECEIVED
FEB 17 2026
PRO SE OFFICE

Hon. Kenneth M. karas

United States District Court

Southern District of New York

300 Quarropas Street, Room 530

White Plains, New York 10601

Re: Shepherd v. keyser, et al., 21-CV-2363 (KMK)
Letter Motion For Default Judgment

Your Honorable Justice Karas:

I am the plaintiff in th herein matter, and I am submitting the herein letter motion for default judgment against defendant Hinton.

Plaintiff moves this court to grant default judgment against defendant Hinton on the bases of the defendant's failure to answer plaintiff's complaint in the time frame set fort in accordance to the Federal Rules of Civil Procedure.

The defendant sought an extension in a letter dated October 31, 2026, in which an extension to answer the complaint was requested to be extended to December 3, 2025. (see attached) Defendant Hinton has failed to comply with the Federal Rules of Civil Procedures and thus, a default judgment should be granted against the defendant Hinton.

Thank you for your time as well as your consideration into the herein letter motion.

Respectfully submitted,

EON SHEPHERD PLAINTIFF PRO SE

WRITTEN BY:

JAMAHL CLARKE #14-A-3035

14A3035

cc:OWEN M. CROWLEY

ASSISTANT ATTORNEY GENERAL
28 Liberty Street
New York, NY 10005



**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

October 31, 2025

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court, Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: *Shepherd v. Keyser, et al.*, 21 CV 2363 (KMK)

Dear Judge Karas:

I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG"). I represent Defendants William Keyser, Joe Maxwell, Stephen. Keyser, Gary Sipple, Tim Terwilliger, Janice Wolff-Friedman (sued as "Wolff"), and Glen Rosenberger, (collectively "Defendants"). While Plaintiff filed a letter motion dated October 6, 2025, seeking to extend the deadline for his Amended Complaint by 30 days from October 18, 2025 (Dkt. No. 96), the Court in its Opinion & Order dated September 28, 2025, stated there would be no extensions. (Dkt. No. 95). Therefore, Defendants will be filing a responsive pleading to Plaintiff's operative Complaint by November 3, 2025 as that would have been the deadline to respond had Plaintiff timely filed his Amended Complaint on October 18, 2025.

However, while Defendant Hinton has been served and requested representation from OAG, she has not yet completed the representation process as required by New York State Public Officer's Law ("POL") § 17 and thus OAG cannot yet represent her. I have reached out to Defendant Hinton on several occasion to complete this process, but she has not yet responded. As such, the only actions that OAG may take on behalf of an employee who has requested POL § 17 representation, but for whom OAG's determination on representation is pending, are to act to preserve an employee's interests and protect them from default pending resolution of representation. *See* POL § 17(2)(c). Only after OAG has engaged representation as an employee's attorney may OAG take other steps on an employee's behalf. As such, I write to respectfully request that Defendant Hinton's time to answer or move with respect to Plaintiff's Complaint be extended, *sua sponte*, from November 3, 2025 to December 3, 2025.

This is the first request for an extension of time to respond to Plaintiff's Complaint by Defendant Hinton. Plaintiff's consent has not been sought due to the time sensitive nature of this request because of the difficulties with communicating with an incarcerated individual.

Case 7:21-cv-02363-KMK    Document 97    Filed 10/31/25    Page 2 of 2
Case 7:21-cv-02363-KMK    Document 110    Filed 04/22/26    Page 3 of 5
Page 2 of 2

I thank the Court for its attention to this matter.

Respectfully Submitted,

Granted. The Clerk is to mail this document to
Plaintiff.

/s/ *Owen M. Crowley*
Owen M. Crowley
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8952

So Ordered.

10/31/25

cc:    Eon Shepherd, pro se
       DIN 96-A-0356
       Green Haven Correctional Facility
       594 Rt. 216
       Stormville, NY 12582
       (**Via First-Class Mail**)

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK  12582-4000

NAME: _EON SHEPHERD_          DIN: _96-A-0356_

ALBANY NY  120
NEOPOST
12 JAN 2026  AM 01/00/2026
US POSTAGE $000 27012 5
FIRST-CLASS MAIL

GREEN HAVEN
CORRECTIONAL FACILITY

ZIP 12582

HONORABLE JUSTICE KENNETH M. KARAS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET, ROOM 530
WHITE PLAINS, NEW YORK  10601



RECEIVED
FEB 17 2026
PRO SE OFFICE

10601-414000

Case 7:21-cv-02363-KMK    Document 110    Filed 04/22/26    Page 5 of 5

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME:_____DIN:_____

Printed On Recycled Paper